■ In the Matter of JAMES A. SACCO, Respondent, v JOSEPH PROFIT, Appellant, and LUCILLE BRITT et al., Constituting the Niagara County Board of Elections, Respondents.—Appeal unanimously dismissed without costs. Memorandum: By stipulation on the record, respondent Profit agreed not to appeal from the court's determination. Parties are free to chart their own litigation course and may stipulate that the decision of a lower court shall be final, thus waiving their right of appeal *(Matter of New York, Lackawanna & W. R. R. Co.,* 98 NY 447, 453; *see also, Mitchell v New York Hosp.,* 61 NY2d 208, 214). (Appeal from order of Supreme Court, Niagara County, Doyle, J.) Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ. (Order entered Sept. 3, 1987.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE L. KELLY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—manslaughter, first degree.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ EDWIN L. BRISTOL, Appellant, v EASTERN AIR LINES, INC., Respondent.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with the following memorandum: In this action for a declaratory judgment, it was error for the court to grant defendant's motion for summary judgment dismissing the complaint without declaring the rights of the parties *(Lanza v Wagner,* 11 NY2d 317, 334, *cert denied* 371 US 901). We therefore modify the order to make an appropriate declaration. Plaintiff is not a "retired employee" of defendant and thus is not entitled to travel pass benefits. (Appeal from order of Supreme Court, Onondaga County, Grow, J.—declaratory judgment.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.